## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIA BOIANGIN, <br><br> *Plaintiff,* <br><br> <br><br> YAMAHA MOTOR CORPORATION, U.S.A., <br><br> *Defendant.* | CASE NO. 1:22cv21174-Gayles |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant, Yamaha Motor Corporation, U.S.A., hereby files this Certificate of Interested Persons and Corporate Disclosure Statement and states:

1.) The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

   a. Plaintiff, Maria Boaingin

   b. Dan Boiangin

   c. Ryan Clancy, Esq.

   d. Ainsworth + Clancy, PLLC

   e. Defendant, Yamaha Motor Corporation, U.S.A.

1

64481874;1
64569230;1

  f. Yamaha Motor Company, Ltd., parent to Defendant, Yamaha Motor Corporation, U.S.A. Yamaha Motor Company, Ltd. is a Japanese corporation publicly traded on the Japanese Stock Exchange.

  g. John Loar, Esq.

  h. Akerman LLP

2.) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) The name of each person arguably eligible for restitution:

  a. Plaintiff, Maria Boiangin

DATED: July 6, 2022

            *s/ John F. Loar*
            JOHN LOAR, ESQ.
            Florida Bar # 110386
            AKERMAN LLP
            201 E. Park Avenue, Suite 300
            Tallahassee, Florida 32301
            Tel: 850-425-1624
            Fax: 850-325-2505
            John.Loar@akerman.com
            terri.jaye@akerman.com
            *Counsel for Yamaha*