**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |  |
|---|---|---|
| MARIA BOIANGIN, | ) ) ) | |
| *Plaintiff*, | ) | CASE NO. 1:22cv21174-Gayles |
| | ) ) ) | |
| YAMAHA MOTOR CORPORATION, U.S.A., | ) ) ) | |
| *Defendant.* | ) ) | |

## JOIN STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, MARIA

BOIANGIN and Defendant YAMAHA MOTOR CORPORATION, U.S.A., that the lawsuit

referenced above is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure with each party to bear its own fees and costs.

Respectfully submitted this 17th day of November 2022.

AKERMAN, LLP

s/ *John F. Loar*
JOHN F. LOAR
FBN 110386
john.loar@akerman.com
terri.jaye@akerman.com
201 E. Park Avenue, Suite 300
Tallahassee, Florida 32301
Attorneys for Yamaha

AINSWORTH + CLANCY, PLLC.
Attorneys for Plaintiff
801 Brickell Avenue
8th Floor
Miami, Florida 33131

Tel: (305) 600-3816
ryan@business-esq.com
info@business-esq.com

/ *Ryan M. Clancy*
Ryan M. Clancy
FBN: 117650

67258356;1                                    1